**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. _____

**NAKIA JENKINS, individually and
on behalf of all others similarly situated,**

    Plaintiff,

v.

**SIMPLY HEALTHCARE PLANS, INC.,**

    Defendant.

## NOTICE OF REMOVAL

TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION:

Pursuant to 28 U.S.C. §1441, Defendant Simply Healthcare Plans, Inc. ("Simply Healthcare" or "Defendant"), by counsel, hereby removes this action from the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division.

Removal is proper because this Court has federal question jurisdiction under 28 U.S.C. § 1332. In support thereof, Simply Healthcare states as follows:

### I.    BACKGROUND

1.    On or about June 3, 2020, Plaintiff Nakia Jenkins ("Jenkins") filed a civil complaint (the "Complaint") against Simply Healthcare in the Circuit Court for Miami-Dade County, Florida, as Case No. 2020-011730-CA-01.

2. A copy of the Complaint and state court documents are attached hereto as **Exhibit A**.

3. Plaintiff asserts various claims against Simply Healthcare purportedly arising under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq.*, ("TCPA") based on a single text message allegedly sent without recipients' prior express consent. According to the allegations in the Complaint, Plaintiff asserts claims on behalf of herself individually and on behalf of all other similarly situated persons. Ex. A at ¶¶ 34-36.

4. Simply Healthcare was served with the Complaint on June 9, 2020.

5. This Notice of Removal is being filed within thirty days of service of the Complaint on Simply Healthcare making the action timely removed pursuant to 28 U.S.C. § 1446(b), (c)(1).

6. Simply Healthcare denies the allegations in the Complaint, denies that Plaintiff has stated any claim for which relief may be granted, and denies that Plaintiff has been damaged in any manner. Nevertheless, assuming for jurisdictional purposes only that Plaintiff's claims are valid, this matter is removable to this Court based upon federal question jurisdiction.

## II. REMOVAL IS PROPER UNDER FEDERAL QUESTION JURISDICTION.

7. Plaintiff's claims arise out of a single text message she allegedly received from Simply Healthcare. *See* Ex. A at ¶ 18.

8. This Court has original jurisdiction over Plaintiff's TCPA claim pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff alleges that Simply Healthcare violated the TCPA "by using an automatic telephone dialing

system to make non-emergency telephone calls to the cell phones of Plaintiff and the other members of the putative Class without their prior express consent." *Id.* at ¶ 50.

9. Removal of this case is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

10. Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the TCPA. *Id.* at ¶¶ 46-51.

### III.   VENUE

11. Venue is appropriate in this Court because this district and division encompass the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, the forum from which the case has been removed. *See* 28 U.S.C. § 1441.

### IV.   NOTICE

12. Pursuant to 28 U.S.C. § 1446(d), a copy of Simply Health's Notice of Filing of Notice of Removal is being filed contemporaneously with the Clerk of the Eleventh Judicial Circuit Court in and for Miami-Dade County, and is attached hereto as **Exhibit B**.

13. This Notice of Removal is being served on all adverse parties as required by 28 U.S.C. § 1446(d).

14. As of the date of this removal, Simply Healthcare has not filed a responsive pleading to the Complaint. Simply Healthcare reserves all rights to assert any and all defenses to the Complaint and further reserve the right to amend or supplement this Notice of Removal.

15. If any questions arise as to the propriety of the removal of this action, Simply Healthcare requests the opportunity to present a brief and argument in support of its position that this case is removable.

WHEREFORE, Defendant Simply Healthcare Plans, Inc. hereby removes this action to this Court and seeks all other relief as this Court deems equitable and just.

Dated: June 29, 2020                    Respectfully submitted,

**SIMPLY HEALTHCARE PLANS, INC.**

By: /s/ Gillian D. Williston
                Of Counsel

Gillian D. Williston (Florida Bar No.: 14270)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail:  gillian.williston@troutman.com

*Counsel for Defendant Simply Healthcare Plans, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2020, I electronically filed the foregoing *Notice of Removal* with the Clerk of the Court using the CM/ECF system and a true and correct copy of the foregoing document was sent via U.S. Mail, to the following:

Shamis & Gentile, P.A.
Andrew J. Shamis, Esquire
Garrett O. Berg, Esquire
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
gberg@shamisgentile.com

Edelsberg Law, P.A.
Scott Edelberg, Esquire
Aaron M. Ahlzadeh, Esquire
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: (786) 289-9471
scott@edelsberglaw.com
aaron@edelsberglaw.com

Eisenband Law, P.A.
Michael Eisenband, Esquire
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, FL 33301
Telephone: (954) 533-4092
meisenband@eisenbandlaw.com

Hiraldo P.A.
Manuel S. Hiraldo, Esquire
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: (954) 400-4713
mhiraldo@hiraldolaw.com

IJH Law
Ignacio J. Hiraldo, Esquire
14 NE First Ave., 10th Floor
Miami, FL 33132
Telephone: (786) 351-8709
ijhiraldo@ijhlaw.com

By: /s/ Gillian D. Williston
           Of Counsel

Gillian D. Williston (Florida Bar No.: 14270)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail:  gillian.williston@troutman.com

*Counsel for Defendant Simply Healthcare Plans, Inc.*

5

42456249