# EXHIBIT B

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| | |
|---|---|
| **NAKIA JENKINS, individually and on behalf of all others similarly situated,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**SIMPLY HEALTHCARE PLANS, INC.,**<br><br>    **Defendant.** | Case No.: 2020-011730-CA-01 |

**NOTICE BY DEFENDANT SIMPLY HEALTHCARE
PLANS, INC. OF REMOVAL TO THE UNITED STATES
<u>DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA</u>**

TO THE HONORABLE CLERK OF THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446(d), Defendant Simply Healthcare Plans, Inc. ("Simply Healthcare") serves notice of its filing of Removal of the above-captioned case from this Court to the United States District Court for the Southern District of Florida, Miami Division.

Defendant Simply Healthcare has filed a Notice of Removal of this action to the United States District Court for the Southern District of Florida, Miami Division. A copy of the Notice of Removal is attached hereto as **Exhibit A** and is incorporated by reference as if fully set forth.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of a Notice of Removal in the United States District Court, together with the filing of a copy of the Notice with this Court, effects the removal of the action and the Court may proceed no further unless and until this case is remanded.

2

Dated: June 29, 2020  Respectfully submitted,

**SIMPLY HEALTHCARE PLANS, INC.**

By: /s/ Gillian D. Williston
                Of Counsel

Gillian D. Williston (Florida Bar No.: 14270)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail:  gillian.williston@troutman.com

*Counsel for Defendant Simply Healthcare Plans, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2020, the foregoing document was served via U.S. Mail to the following:

| | |
|---|---|
| Shamis & Gentile, P.A.<br>Andrew J. Shamis, Esquire<br>Garrett O. Berg, Esquire<br>14 NE 1st Ave., Suite 705<br>Miami, FL 33132<br>Telephone: (305) 479-2299<br>ashamis@shamisgentile.com<br>gberg@shamisgentile.com | Eisenband Law, P.A.<br>Michael Eisenband, Esquire<br>515 E. Las Olas Boulevard, Suite 120<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 533-4092<br>meisenband@eisenbandlaw.com |
| Edelsberg Law, P.A.<br>Scott Edelberg, Esquire<br>Aaron M. Ahlzadeh, Esquire<br>20900 NE 30th Ave., Suite 417<br>Aventura, FL 33180<br>Telephone: (786) 289-9471<br>scott@edelsberglaw.com<br>aaron@edelsberglaw.com | Hiraldo P.A.<br>Manuel S. Hiraldo, Esquire<br>401 E. Las Olas Boulevard, Suite 1400<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 400-4713<br>mhiraldo@hiraldolaw.com<br><br>IJH Law<br>Ignacio J. Hiraldo, Esquire<br>14 NE First Ave., 10th Floor<br>Miami, FL 33132<br>Telephone: (786) 351-8709<br>ijhiraldo@ijhlaw.com |

By: /s/ Gillian D. Williston
        Of Counsel

Gillian D. Williston (Florida Bar No.: 14270)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail: gillian.williston@troutman.com

*Counsel for Defendant Simply Healthcare Plans, Inc.*

3